IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 257

| | |
|---|---|
| STELLA ANDREWS, et al, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| AMERICA'S LIVING CENTERS, LLC, ) | |
| et al, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on John C. Hunter's Application for Admission to Practice *Pro Hac Vice* of Joseph H. Cassell. It appearing that Joseph H. Cassell is a member in good standing with the Kansas Bar and will be appearing with John C. Hunter, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that John C. Hunter's Application for Admission to Practice *Pro Hac Vice* (#2) of Joseph H. Cassell is **GRANTED**, and that Joseph H. Cassell is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with John C. Hunter.

Signed: December 29, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge