IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CIVIL CASE NO. 1:10cv257**

| | |
|---|---|
| **STELLA ANDREWS, individually and on behalf of similarly situated persons,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| **vs.** ) ) | **ORDER** |
| **AMERICA'S LIVING CENTERS, LLC,** a for profit Limited Liability Corporation organized under the laws of the State of North Carolina, *et. al.*, ) ) ) ) ) | |
| **Defendants.** ) ) | |

**THIS MATTER** is before the Court on the Mandate of the United States Court of Appeals for the Fourth Circuit [Doc. 42].

The Fourth Circuit dismissed the Plaintiff's Notice of Appeal as interlocutory. [Doc. 41]. The Mandate having been received, the Court will implement the Fourth Circuit's instructions.

**IT IS, THEREFORE, ORDERED** that on or before twenty (20) days from entry of this Order, the parties shall comply with the instructions contained within the Magistrate Judge's Order of August 3, 2011 [Doc. 30]

requiring consultation of counsel and absent agreement, the filing of a Bill of Costs.

**IT IS FURTHER ORDERED** that this action remains stayed pending the payment of costs by the Plaintiff.

Signed: February 5, 2013

Martin Reidinger
United States District Judge