THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00257-MR-DLH

| | |
|---|---|
| STELLA ANDREWS, individually and on behalf of similarly situated persons, ) ) ) ) ) Plaintiff, ) ) vs. ) ) ) AMERICA'S LIVING CENTERS, LLC, ) et al., ) ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Order of the Fourth Circuit Court of Appeals dismissing the appeal of this action. [Doc. 57].

On May 1, 2013, the Court entered an Order awarding the Defendants the sum of $13,403.75 as attorney's fees to be paid by the Plaintiff. The Court further stayed this action pending payment of the award of attorney's fees. [Doc. 50].

The Plaintiff appealed the Court's Order on May 29, 2013. [Doc. 51]. On March 24, 2015, the Fourth Circuit Court of Appeals entered an Order

dismissing the appeal upon motion of the Plaintiff. [Doc. 57-1]. The Court's mandate issued the same day. [Doc. 57].

More than thirty days have passed since the dismissal of Plaintiff's appeal, and there is no indication in the record that the Plaintiff has paid the award of attorney's fees as previously ordered.

**IT IS, THEREFORE, ORDERED** that within thirty (30) days of the entry of this Order, the Plaintiff shall pay the Defendants the sum of Thirteen Thousand Four Hundred and Three Dollars and Seventy-Five Cents ($13,403.75) previously awarded as attorney's fees in this case. Failure of the Plaintiff to pay the attorney's fee award within the time required will result in the dismissal of this action.

**IT IS SO ORDERED.**

Signed: April 29, 2015

Martin Reidinger
United States District Judge