# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:10-cv-00257-MR-DLH

| | |
|---|---|
| STELLA ANDREWS, individually and on behalf of similarly situated persons,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>AMERICA'S LIVING CENTERS, LLC, et al.,  )<br>)<br>)<br>Defendants.  )<br>_____  ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On April 29, 2015, the Court entered an Order directing the Plaintiff to pay the Defendants the sum of $13,403.75 previously awarded as attorney's fees in this case within thirty days. The Court specifically warned that: "Failure of the Plaintiff to pay the attorney's fee award within the time required will result in the dismissal of this action." [Doc. 58 at 2]. More than thirty days have now passed, and the Court has been advised that the Plaintiff has not paid the fee award to the Defendants. Accordingly, this action shall be dismissed.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED**.

The Clerk of Court is respectfully directed to close this case.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge