# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Stella Andrews, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:10-cv-00257-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| America's Living Centers, LLC, et al, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 10, 2015 Order.

June 10, 2015

_____
Frank G. Johns, Clerk
United States District Court