THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00257-MR-DLH

STELLA ANDREWS, individually and )
on behalf of similarly situated )
persons, )
 )
             Plaintiff, )
 )
   vs. )      **JUDGMENT**
 )
 )
AMERICA'S LIVING CENTERS, LLC, )
et al., )
 )
            Defendants. )
_____ )

**FOR THE REASONS** stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Motion for Default Judgment [Doc. 77] is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Motion [Doc. 77] is **GRANTED** to the extent that the Plaintiff Stella Andrews is hereby awarded $9,801.92 in compensatory damages, plus an additional award of $9,801.92 in liquidated damages against the Defendants America's Living Centers, LLC and Kenneth Hodges. The Motion is **DENIED** with respect to the opt-in Plaintiffs Betty Gosnell, Sheila

Barnard, and Sherry Hensley, and any claims purportedly asserted by these persons in this action are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Plaintiff Stella Andrews is hereby awarded attorney's fees in the amount of $20,000.00 and an award of costs in the amount of $2,202.54 against the Defendants America's Living Centers, LLC and Kenneth Hodges.

Signed: August 11, 2017

Martin Reidinger
United States District Judge